IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                        RESPONDENT

v.                               Case No. 4:11-cr-40037-002

JAMONDO LEWIS                                                                    PETITIONER

## **ORDER**

On May 7, 2019, Petitioner filed a motion requesting a sentence reduction under Section 404 of the First Step Act of 2018, along with a determination that he is not a career offender. (ECF No. 2060). On May 14, 2019, the Court appointed the Federal Public Defender to represent Petitioner for purposes of that motion. On June 18, 2019, Petitioner's counsel filed a supplement stating that Petitioner is not eligible for relief under the First Step Act of 2018 and requesting that Petitioner's First Step Act motion be withdrawn. (ECF No. 2070).

The Court will construe Petitioner's supplement (ECF No. 2070) as a motion requesting leave to withdraw his May 7, 2019 motion. Upon consideration, the Court finds that good cause has been shown for the motion to withdraw. Accordingly, the Court finds that Petitioner's motion to withdraw (ECF No. 2070) should be and hereby is **GRANTED**. Petitioner's First Step Act motion (ECF No. 2060) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 2nd day of July, 2019.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              Chief United States District Judge